## City of Chicago, Defendant in Error, v. Samuel Isaacson, Plaintiff in Error.

### Gen. No. 21,493.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES N. GOODNOW, Judge, presiding.   Heard in this court at the October term, 1915.   Affirmed.   Opinion filed November 29, 1915.

### Statement of the Case.

Action by the City of Chicago, plaintiff, against Samuel Isaacson, defendant, in the Municipal Court of Chicago.   The facts and reasons for the decision in this case were identical with those in *City of Chicago v. Isaacson*, No. 21,492, *ante*, p. 376.   The decision in that case is applicable to this case.

WILLIAM SLACK, for plaintiff in error; ROMAN G. LEWIS, of counsel.

RICHARD S. FOLSOM, for defendant in error.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

---

## Leo Legowski, Plaintiff in Error, v. Moreland & Company, Defendant in Error.

### Gen. No. 21,081.   (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. HENRY V. FREEMAN, Judge, presiding.   Heard in this court at the March term, 1915.   Affirmed.   Opinion filed December 6, 1915.

### Statement of the Case.

Action by Leo Legowski, plaintiff, against Moreland & Company, defendant, in the Superior Court of Cook